# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:20-M -01715(1) |
| | § |
| (1) Tasha Marie Roberts | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 30, 2020** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On September 30, 2020, the defendant, Tasha Marie Roberts, was arrested by U.S. Border Patrol agents near Eagle Pass, TX for conspiring to transport illegal aliens. Roberts was arrested while driving a 2012 GMC Yukon, white in color, bearing Texas license plate LVC 5974. Roberts admitted to conspiring with her cousin Joey Gonzalez to transport illegal aliens. Roberts stated she was asked to pick up illegal aliens in*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_Signature of Complainant_
Pena, Luis A
Border Patrol Agent

10/05/2020     at    DEL RIO, Texas
File Date                                                  City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:20-M -01715(1)

(1) Tasha Marie Roberts

**Continuation of Statement of Facts:**

Eagle Pass, TX and was told she would be paid no less than 1,000 USD per illegal alien to transport them."

_____  _____
Signature of Judicial Officer              Signature of Complainant